UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF PLIMSOLL MARINE, INC., AS OWNER AND OPERATOR, OF THE M/V MARGARET, OFFICIAL NO. 582612, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>SECTION "___"<br><br>JUDGE<br><br>MAGISTRATE JUDGE |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

KYLE SMITH

who, after being duly sworn, did depose and say:

That he is an independent qualified marine surveyor based out of New Orleans, Louisiana, that he has been engaged in the occupation of marine surveying for over 30 years; that he is familiar with the M/V MARGARET, Official No. 582612, having surveyed and inspected that vessel on May 5, 2023.

That he is fully familiar with the design, type and class of vessel such as the M/V MARGARET, and is familiar with the market for such vessels in the United States; and

That, based upon his knowledge and experience, he is of the opinion that the M/V MARGARET had a fair market value of FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($500,000.00) as of May 5, 2023.

_____
KYLE SMITH

SWORN TO AND SUBSCRIBED

before me this 30th day of May, 2023.

_____
NOTARY PUBLIC

Daniel J. Hoerner, 21706
Notary Public in and for
the State of Louisiana.
My Commission is for Life.

5- Affidavit of Kyle Smith