**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF PLIMSOLL MARINE, INC, AS OWNER AND OPERATOR OF THE M/V MARGARET, OFFICIAL NO. 582612, PRAYING FOR EXONERATION FROM OR LIMITATION FROM EXONERATION | CIVIL ACTION NO. 3:23-cv-00414<br><br>CHIEF JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE SCOTT D. JOHNSON |

**EX PARTE MOTION FOR APPROVAL OF
STIPULATION OF VALUE AND AD INTERIM STIPULATION**

COMES NOW, Complainant, Plimsoll Marine, Inc. ("Plimsoll"), and moves for approval of the Ad Interim Stipulation for Value (Rec. Doc. 1-6), filed with its Complaint on June 1, 2023 as provided for as follows:

WHEREAS, on June 1, 2023 a Complaint seeking exoneration from or limitation of liability was filed by Plimsoll, as owner and operator of the M/V MARGARET, in connection with an alleged incident that occurred on May 5, 2023, as described in the Complaint; and

WHEREAS, in said Complaint, it is stated that the value of the M/V MARGARET as of the date of the incident was $500,000.00; and

WHEREAS, Complainant desires to hereby stipulate, on an Ad Interim basis:

1. That the value of the M/V MARGARET as of May 5, 2023 was $500,000.00;
2. That the said stipulated value is without prejudice to any party seeking to move the Court for due appraisal of the value of said vessel or to have the amount increased or diminished, as the case may be, or to have the Court determine the amount or value of said vessel;

3. That Complainant has filed herein a Power of Attorney from Travelers Casualty and Surety Company of America, as surety, in the amount of $500,000.00 (R. Doc. 1-6).

Accordingly, Complainant, Plimsoll Marine, Inc., moves this Honorable Court for an Order approving the Stipulation of Value filed by Complainant and an order approving the Ad Interim Stipulation and Power of Attorney filed by Complainant.

>Respectfully submitted,
>
>MOULEDOUX, BLAND, LEGRAND & BRACKETT
>
>*s/*Daniel J. Hoerner
>ANDRE J. MOULEDOUX (Bar #9778)
>DANIEL J. HOERNER (Bar #21706)
>701 Poydras Street, Suite 600
>New Orleans, LA 70139
>Telephone: (504) 595-3000
>Facsimile: (504) 522-2121
>E-mail: amouledoux@mblb.com
>dhoerner@mblb.com
>*Counsel for Complainant, Plimsoll Marine, Inc.*

Ex Parte Motion for Approval of Stipulation of Value and Ad Interim Stipulation

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on June 5, 2023 with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the Notice of Electronic Filing by first-class mail to the following non-CM/ECF participants: None.

>*s/*Daniel J. Hoerner