UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF PLIMSOLL MARINE, INC., AS OWNER AND OPERATOR OF THE M/V MARGARET, OFFICIAL NO. 582612 PRAYING FOR EXONERATON FROM OR LIMITATION FROM EXONERATION | CIVIL ACTION<br><br>NO.<br><br>JUDGE _____<br><br>MAGISTRATE JUDGE _____ |

## AD INTERIM STIPULATION FOR VALUE

WHEREAS, a Complaint has been filed in this Honorable Court by Plimsoll Marine, Inc., owner of the M/V MARGARET, praying for exoneration from or limitation of liability, pursuant to the provisions of 46 U.S.C. 30511, *et seq.*, and all statutes amendatory thereof and supplementary thereto, for the reasons and causes set forth in the aforementioned Complaint; and

WHEREAS, Complainant wishes to provide an *Ad Interim* Stipulation representing its interest in the aforesaid vessel and her pending freight, if any, at the termination of her voyage referred to in the Complaint, as security for those who may file claims herein, pending an appraisal of the value of complainant's interest in the vessel at a later date, if necessary, should such an appraisal be sought, otherwise to stand as a stipulation for Value;

NOW, THEREFORE, in consideration of the premises, Complainant, as principal, and Travelers Casualty and Surety Company of America, as surety, hereby undertake jointly, severally, and *in solido*, in the sum of FIVE HUNDRED THOUSAND AND 00/100 ($500,000.00) DOLLARS, with interest at the rate of six (6%) percent per annum from the date hereof, that Complainant will abide by the further orders of the Court herein, and will

1

pay unto the Court, whenever the Court shall so order, the amount or value of complainant's interest in the M/V MARGARET and her pending freight, if any, at the termination of her voyage as aforesaid, with six (6%) percent per annum interest from the date hereof, or will file in this proceeding a bond with approved surety in the usual form in said amount, with interest at the rate of six (6%) percent per annum from the date hereof; and that, pending the payment of the amount of complainant's interest in the said M/V MARGARET and her pending freight, if any, or the giving of a Stipulation for value therefor, this Stipulation shall stand as security for all claims in said proceeding.

Said surety hereby submits itself to the jurisdiction of the Court and agrees to abide by all orders of the Court, interlocutory and final, and to pay the amount of the final decree awarded by this Court or by any appellate court, should an appeal intervene, with interest, but not to excess of the sum of FIVE HUNDRED THOUSAND AND 00/100 ($500,000.00) DOLLARS, with interest at the rate of six (6%) percent per annum from the date hereof until paid.

THUS, DONE AND EXECUTED this 30 day of May, 2023.

Plimsoll Marine, Inc.

BY: _____
Its Attorney

Travelers Casualty and Surety Company of America

BY: _____
Conway C. Marshall, ts Attorney-in-Fact

8 - Ad Interim Stipulaton For ValueComplaintExon&Limitation
    Its Attorney-in-Fact

2



| | Travelers Casualty and Surety Company of America<br>Travelers Casualty and Surety Company<br>St. Paul Fire and Marine Insurance Company |
|---|---|

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **Conway C Marshall** of **NEW ORLEANS**, **Louisiana**, their true and lawful Attorney-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **17th** day of **January, 2019**.

  

State of Connecticut

By: _____
Robert L. Raney, Senior Vice President

City of Hartford ss.

On this the **17th** day of **January, 2019**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.
My Commission expires the **30th** day of **June, 2021**.

Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this **30th** day of **May, 2023**.


  

Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney-in-Fact and the details of the bond to which this Power of Attorney is attached.*