UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF PLIMSOLL MARINE, INC., AS OWNER AND OPERATOR, OF THE M/V MARGARET, OFFICIAL NO. 582612, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION  23-cv-414-SDD-SDJ<br><br>SECTION "___"<br><br>JUDGE  DICK<br><br>MAGISTRATE JUDGE  JOHNSON |

**ORDER APPROVING SECURITY,
DIRECTING ISSUANCE OF NOTICE, AND
<u>RESTRAINING PROSECUTION OF CLAIMS</u>**

A Complaint having been filed herein on the 31st day of May, 2023, by Plimsoll Marine, Inc. (hereinafter "Complainant"), owner and operator of the M/V MARGARET, claiming exoneration from or limitation of liability, as provided in 46 U.S.C. §30511, *et seq.*, for all losses, damages, deaths, injuries, or destruction allegedly occurring during the voyage of the vessel referred to in the Complaint, to which Complainant has attached and filed an affidavit as to the value of their interest in the said vessel, and pending freight, if any; and Complainant having filed an *Ad Interim* Stipulation for the value of its interest in the said vessel as required by the rules of the Court and the law;

NOW, THEREFORE, on motion of Mouledoux, Bland, Legrand & Brackett, attorneys for Complainant, IT IS ORDERED that the Stipulation for Value in the amount of FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($500,000), with interest thereon at the rate of six (6%) percent per annum from date hereof, executed on the 30th day of May, 2023 by Complainant, as principal, and Travelers Casualty and Surety Company of America, as surety, and filed herein by Complainant, be accepted as an *Ad Interim*

Stipulation for the purpose of this limitation proceeding and that it is approved as to form, quantum and surety; and

IT IS FURTHER ORDERED, in accordance with Rules F(4) and F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil procedure, that Notice shall issue out of and under seal of this Court to all persons asserting claims with respect to which the Complaints seek exoneration or limitation, admonishing them to file their respective claims, in writing, with the Clerk of this Court and serve a copy on attorneys for Complainant on or before the 14 day of August, 2023, at 10:00 a.m., and requiring any claimant who desires to contest either the right to exoneration from liability or the right to limitation of liability to file and serve on Complainant's attorneys an answer to the Complaint, unless his claims has included an answer, on or before the date aforementioned, or be defaulted; and

IT IS FURTHER ORDERED that the aforesaid Notice be published by counsel for Complainants in The Advocate, a newspaper of general circulation in the City of Baton Rouge, Louisiana, once each week for four consecutive weeks prior to the date fixed for the filing of claims, as set forth in the said Notice, and copies of the Notice shall also be mailed in accordance with the same Supplemental Rule F; and

IT IS FURTHER ORDERED that the beginning or prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever against Complainant, its insurers or underwriters, or the M/V MARGARET, or against any property of Complainant except in these proceedings in respect of any claims arising out of or consequent upon or connected with any loss, damages, death, injury or destruction

resulting from the matter referred to in the Complaint be, and they are hereby, stayed and restrained until the hearing and determination of this proceeding; and

IT IS FURTHER ORDERED that service of this restraining order be made by Complainant by mailing a duly certified copy thereof to prospective claimants by United States Mail, registered or certified, with first-class postage prepaid.

Baton Rouge, Louisiana, this 22 day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE