UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF PLIMSOLL MARINE, INC., AS OWNER AND OPERATOR, OF THE M/V MARGARET, OFFICIAL NO. 582612, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION    23-cv-414-SDD-SDJ

SECTION "___"

JUDGE    DICK

MAGISTRATE JUDGE    JOHNSON

**NOTICE OF ACTION BROUGHT FOR EXONERATION
FROM OR LIMITATION OF LIABILITY**

Notice is given that Plimsoll Marine, Inc. (hereinafter "Complainant") has filed a Complaint claiming the right to exoneration from or limitation of liability for all claims arising out of a certain incident involving the M/V MARGARET, which occurred on May 5, 2023, at or near Mile 175 Fleet on the lower Mississippi River, located near Darrow, Louisiana.

All persons having such claims must file them as provided in the Federal Rules of Civil Procedure, Supplemental Rule F, with the Clerk of this Court, at the United States Courthouse, 707 Florida Street, Baton Rouge, Louisiana 70801, and serve copies on or mail copies to Complainant's attorneys, Daniel J. Hoerner and/or Andre J. Mouledoux, c/o Mouledoux, Bland, Legrand & Brackett, Suite 600, 701 Poydras Street, New Orleans, Louisiana 70139, on or before the __14th__ day of __August__, 2023, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the right of Complainant to exoneration from liability or the right of Complainant to limitation of liability must file an answer to said Complaint,

as required by the aforesaid Supplemental Rule F, and must serve on or mail to Complainant's attorneys a copy thereof, unless his claim has included an answer.

Baton Rouge, Louisiana, this 26th day of June, 2023.

*Elisa Clement*

_____

DEPUTY CLERK,  MIDDLE DISTRICT OF LOUISIANA

6- Notice of Action For Exoneration