UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF PLIMSOLL MARINE, INC., AS OWNER AND OPERATOR OF THE M/V MARGARET, OFFICIAL NO. 582612, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 3:23-cv-00414<br><br>JUDGE DICK<br><br>MAGISTRATE JUDGE JOHNSON |

## NOTICE AND PROOF OF PUBLICATION

NOTICE IS HEREBY GIVEN that Complainant, Plimsoll Marine, Inc., as owner and operator of the M/V MARGARET, ("Complainant") has published the Notice of Action Brought for Exoneration from or Limitation of Liability with The Advocate, a newspaper of general circulation in the City of Baton Rouge, published in East Baton Rouge Parish, State of Louisiana. Such Notice was published in said newspaper on June 29, 2023, July 6, 2023, July 13, 2023 and July 20, 2023 as reflected in the attached sworn Proof of Publication.

Respectfully submitted,

*s/Daniel J. Hoerner*
ANDRÉ J. MOULEDOUX (Bar #9778)
DANIEL J. HOERNER (Bar #21706)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 600
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Complainant, Plimsoll Marine, Inc.

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants: None.

*s/Daniel J. Hoerner*