# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

In the Matter of Plimsoll Marine, Inc., as Owner and Operator of the M/V MARGARET

Plaintiff

v.

3:23-cv-00414

Civil Action No.

Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1, Ryan Gabriel provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Other than parties to the case, counsel for those parties, and potential claimants in this matter, Ryan Gabriel is unaware of any other interested parties.

Andrew J. Quackenbos (31924)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.