**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BYRON LANDRY** | * | **CIVIL ACTION** |
| | * | **NO.** |
| **VERSUS** | * | |
| | * | **SECTION "" MAG.** |
| **PLIMSOLL MARINE, INC.** | * | Honorable |
| | * | Mag. |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | **JURY TRIAL REQUESTED** |

<u>**COMPLAINT AND JURY DEMAND**</u>

Plaintiff, Byron Landry, a person of the full age of majority and a citizen of the United States residing in the Parish of East Baton Rouge, State of Louisiana, brings this action against Plimsoll Marine, Inc. and avers the following:

1.

Jurisdiction is based upon Section 33 of the Merchant Marine Act, more commonly referred to as the Jones Act, 46 USC 688 and the General Maritime Law, for wages, maintenance and cure.

2.

Defendant, Plimsoll Marine, Inc., is the employer of plaintiff, and is believed to do business in the State of Louisiana.  At all material times, Byron Landry was a seaman and member of the crew of The M/V Margaret.

3.

At all times hereinafter referred to, plaintiff, Byron Landry, was employed by Plimsoll Marine, Inc. and worked on The M/V Margaret.

4.

On or about May 5th, 2023, while in the course and scope of his employment with defendant Plimsoll Marine, Inc. and aboard The M/V Margaret, plaintiff was caused to sustain serious,

permanent and disabling injuries to his mind and body, all as a result of the negligence of defendant,

Plimsoll Marine, Inc., and the unseaworthy condition of the vessel The M/V Margaret.

5.

As a direct result of said accidents and injuries sustained, plaintiff suffered injuries and has

sustained lost wages, and will sustain future lost wages; has incurred medical expenses in the past

and will incur future medical expenses; and has suffered extreme pain and mental anguish in the past

and will suffer extreme pain and mental anguish in the future, all of which plaintiff is entitled to sue

and recover from defendants herein, damages in the sum of TEN MILLION AND NO/100

($10,000,000.00) DOLLARS.

6.

Defendant, Plimsoll Marine, Inc., is liable unto plaintiff for negligence and/or

unseaworthiness of The M/V Margaret.

WHEREFORE, plaintiff, Byron Landry, prays for judgment against defendant, Plimsoll

Marine, Inc., in the sum of TEN MILLION AND N0/100 ($10,000,000.00) DOLLARS, together

with legal interest thereon from date of judicial demand, and with all costs and disbursements of this

action and for all appropriate and equitable relief and FOR A TRIAL BY JURY.

Respectfully submitted by:

/s/ *John M. Robin*
JOHN M. ROBIN, LSBA #11341
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN, LSBA #37398
600 COVINGTON CENTER
COVINGTON, LOUISIANA 70433
TELEPHONE: 985-893-0370
FAX: 985-893-2511
**johnmrobin@johnmrobinlaw.com**

**SERVICE VIA WAIVER OF SERVICE:**

Plimsoll Marine, Inc.
Through Registered Agent:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816